Exhibit 2

Case 1:22-cv-04974-MKB-VMS   Document 1-1   Filed 08/23/22   Page 2 of 14 PageID #: 14
0103
Case 1:26-cv-01769-OEM-PCG   Document 1-2   Filed 03/25/26   Page 2 of 2 PageID #: 30

EEOC Form 5 (11/09)

| CHARGE OF DISCRIMINATION | Charge Presented To: | Agency(ies) Charge No(s): |
|---|---|---|
| This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | ☐ FEPA<br>☒ EEOC | |

_____ and EEOC

_State or local Agency, if any_

| Name *(indicate Mr., Ms.. Mrs.)*<br>**Ms. Olivia Nantongo** | Home Phone *(Incl. Area Code)*<br>**(404) 918-7709** | Date of Birth |
|---|---|---|

Street Address                    City, State and ZIP Code

**1064 E 38th St. Brooklyn, NY 11210**

**c/o Fred V. Charles, Esq, counsel for Olivia Nantongo, <u>fcharles@charleslawpc.com</u>  (646) 494-2662**

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. *(If more than two, list under PARTICULARS below.)*

| **Nationwide Mortgage Bankers** | No. Employees. Members<br>**300+** | Phone No. *(Include Area Code)*<br>**(516) 208-4176** |
|---|---|---|

City, State and ZIP Code

**68 S Service Rd Suite #400, Melville, NY 11747**

| Name | No. Employees. Members | Phone No. *(Include Area Code)* |
|---|---|---|

Street Address                    City, State and ZIP Code

| DISCRIMINATION BASED ON *(Check appropriate box(es).)* | DATE(S) DISCRIMINATION TOOK PLACE |
|---|---|
| ☐ RACE  ☐ COLOR  ☒ SEX  ☐ RELIGION  ☐ NATIONAL ORIGIN<br>☒ RETALIATION  ☐ AGE  ☐ DISABILITY  ☐ GENETIC INFORMATION<br>☐ OTHER *(Specify)* | Earliest                    Latest<br>**May 2021**<br><br>☐ CONTINUING ACTION |

THE PARTICULARS ARE *(If additional paper is needed, attach extra sheet(s)):*

**See attached affidavit.**

| I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY – *When necessary for State and Local Agency Requirements* |
|---|---|
| I declare under penalty of perjury that the above is true and correct. | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.<br>SIGNATURE OF COMPLAINANT |
| 01/21/22<br>_Date_        _Charging Party Signature_ | SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE *(month, day, year)*<br>01/21/22<br>**FRED V. CHARLES**<br>Notary Public   State of New York<br>No. 02CH6423718<br>Qualified in Queens County<br>My Commision Expires 10/28/2025 |