# CHARLES LAW, P.C.
## Attorneys at Law

_____

Member of the New York Bar

April 22, 2026

Via ECF

Hon. Orelia E. Merchant
United States District Court
225 Cadman Plaza East
Brooklyn, NY 11201

Re: *Nantongo. v. Charles et al.*, 1:26-cv-1769 (OEM)(VMS)
      Defendants' Motion for Stay or Extension of Time to Answer or Otherwise Respond

Dear Judge Merchant:

I appear on behalf of myself, Charles Law, P.C., and Ralph Charles")(collectively, "Defendants") in the above-referenced action.  I respectfully request a stay of Defendants' deadline to answer or otherwise respond to Plaintiff Olivia Nantongo's ("Plaintiff") Complaint until Plaintiff's motion to vacate in a related action is resolved, or, alternatively, within sixty days after this Court's order, allowing Defendants time to retain outside counsel.  This is Defendants' first request for relief.  Defendants' answer was due on April 22, 2026.  Defendants further respectfully request, pursuant to Fed. R. Civ. P. 12(f), that the Court order Plaintiff to re-file her Complaint without including pictures of the individual Defendants.  Ms. Nantongo's counsel Tyrone Blackburn, in order to continue a months-long personal campaign of unhinged harassment against the Defendants, included these pictures for no relevant purpose.  Mr. Blackburn has been sanctioned and admonished for this practice, but his improper behavior remains undeterred.

This action was filed as a related case to *Nantongo et al. v. Nationwide Mortgage Bankers, Inc.*, 22-cv-4974 (OEM)(VMS)("NMB Action").  The NMB Action was a wage and hour action I filed on Ms. Nantongo's behalf in August 2022.  Mr. Blackburn was co-counsel to Ms. Nantongo in the NMB Action.  After court-ordered mediation and some discovery between the parties, the NMB Action settled for a total of $45,000, and Ms. Nantongo received a total of $28,000 in December 2024.  In January 2026, Ms. Nantongo filed a motion to vacate the satisfaction of judgment in the NMB Action based on Fed. R. Civ. P. 60(b)(3) and 60(d)(3). and that motion is now pending before Chief U.S. Magistrate Judge Vera M. Scanlon.  Ms. Nantongo's motion to vacate the satisfaction of judgment in the NMB Action is fully briefed as of Friday April 17, 2026.  The claims for relief in Ms. Nantongo's motion to vacate overlap

claims, e.g. fraud, aiding and abetting fraud, in the instant action, and would only lead to duplicative litigation if Defendants' motion for a stay is not granted. *See Digennaro v. White hair*, 2012 U.S. App. LEXIS 5500, 2012 WL 880616 at *3 (22d Cir. 2012)("As between federal district courts . . . though no precise rule has evolved, the general principle is to avoid duplicative litigation.")(*quoting Colo. River Water Conservation Dist. v. United States*, 400 U.S. 800, 817 (1976). Judge Scanlon's ruling on Ms. Nantongo's motion to vacate will address her counsel's authority to act on her behalf and affect Plaintiff's claims in this action because the issues raised on the motion to vacate may have preclusive effect on Ms. Nantongo's claims in this action.

Defendants respectfully request that the Court order, pursuant to FRCP 12(f), Plaintiff to remove pictures of individual defendants because the pictures were included by Mr. Blackburn for the sole purpose of harassment, and they are irrelevant to this action. Indeed, Mr. Blackburn was previously sanctioned for this same practice of including pictures of parties for the sole purpose of harassment. *See Facey v. Liane Fisher*, 2025 N.Y. Misc. LEXIS 7630 at *5 (N.Y. County Sup. Ct. Sept. 15, 2025)(" Moreover, the Court finds the Complaint to be malicious and aimed at embarrassing and harassing Defendants. There is no reason why Plaintiff's counsel [Blackburn] decided to include [Ms. Fisher's photograph in the Complaint.") (corrected). The *Facey* case is not an isolated situation. Mr. Blackburn has a well-documented history of filing false and salacious claims in federal district courts. U.S. District Judge Denise L. Cote was prescient in April 2024, stating in *Zunzorowski v. Fisher,* No. 23-cv-10881, 2024 U.S. Dist. LEXIS 62568, at *14 (S.D.N.Y. April 3, 2024)("[Mr. Blackburn] improperly files cases in federal court to garner media attention, embarrass defendants with salacious allegations, and pressure defendants to settle quickly."). In *Cartagena v . Dixon,* No. 25-cv-3552 (SDNY) Mr. Blackburn and his client were sued for defamation by Joseph Cartagena (p/k/a rapper Fat Joe) after the pair's unsuccessful attempt at making extortionate multi-million dollar demands on Mr. Cartagena in return for not releasing salacious information.

Mr. Cartagena has been forced to expend, presumably, considerable resources for his high-powered legal team just to defend himself against Mr. Blackburn and his client's allegations. Also, in *Jakes v. Youngblood*, (24-cv-1608)(W.D. Pa.), Mr. Blackburn's client was sued for defamation shortly after Mr. Blackburn made an extortionate settlement demand on Rev. T.D. Jakes. Mr. Blackburn was sanctioned by the Court for filing briefs replete with fabricated case law and eventually fired by his client. It should be noted that the *Cartagena* and *Jakes* matters were filed *after* Judge Cote referred Mr. Blackburn to the SDNY Grievance Committee for discipline. However, Mr. Blackburn is still not deterred. Indeed, this "lawsuit" should have never been filed. This action follows months of unhinged and nonsensical communications from Mr. Blackburn, which got to the point that I was forced to block all

communication from him.  I included a sample of Mr. Blackburn's unhinged communications in Memorandum and Declaration in opposition to Ms. Nantongo's motion to vacate in the related action.  See attached hereto as Exhibits A & B.  At the appropriate time, Defendants will fully catalog and detail the nature and basis of this action, which is, at best, disturbing.

Thank you for your consideration of this matter.


Respectfully submitted,


CHARLES LAW, P.C.

Fred V. Charles, Esq.
244 Fifth Ave., Suite #2717
New York, New York 10001-7604
Phone: (646) 494-2662
Fax:    (800) 757-9630
Email: fcharles@charleslawpc.com