# CHARLES LAW, P.C.
**Attorneys at Law**

———————————

Member of the New York Bar

April 28, 2026

<u>Via ECF</u>
Hon. Orelia E. Merchant
United States District Court
225 Cadman Plaza East
Brooklyn, NY 11201

Re:     *Nantongo. v. Charles et al.*, 1:26-cv-1769 (OEM)(VMS)
<u>Defendants' Motion for Stay or Extension of Time to Answer or Otherwise Respond</u>

Dear Judge Merchant:

I appear on behalf of myself, Charles Law, P.C., and Ralph Charles")(collectively, "Defendants") in the above-referenced action. This letter is to respond to Plaintiff's opposition to Defendants' request for a stay or extension of time to answer or otherwise respond to Plaintiff's frivolous and baseless complaint.

Plaintiff's opposition reinforces Defendants' argument that a stay is necessary until Plaintiff's motion to vacate in the related case is resolved. In her opposition, Plaintiff Nantongo repeats her fraud and forgery allegations, which are also addressed in her motion to vacate currently pending before Chief Magistrate Judge Vera M. Scanlon. It will be impossible for Defendants to answer or otherwise respond to the Complaint before Judge Scanlon issues her opinion on these claims.

Plaintiff also asserts that Defendants raise irrelevant matters that are unrelated to this action. However, her counsel's well documented history of filing salacious and false allegations in order to harass defendants is absolutely relevant to this action. Indeed, this action is simply another set of false claims in search of an insurance payout. All of this is documented by Mr. Blackburn's own writings prior to this action. In any event, these matters will be addressed at the appropriate time. Plaintiff's counsel also asserts that I did not seek consent from opposing counsel for my request, per Your Honor's rules. However, as I believe, I made clear in my opening letter, I was forced to block communications with Mr. Blackburn due to a string of bizarre and disturbing messages from him. These communications will be provided to the Court at the appropriate time.

Further, Defendants withdraw their request pursuant to FRCP 12(f) to strike pictures of individual defendants placed solely for the sake of harassment.  Defendants will address this matter at the appropriate time.

Thank you for your consideration of this matter.


Respectfully submitted,


CHARLES LAW, P.C.

Fred V. Charles, Esq.
244 Fifth Ave., Suite #2717
New York, New York 10001-7604
Phone: (646) 494-2662
Fax:    (800) 757-9630
Email: fcharles@charleslawpc.com