Tyrone Blackburn, ESQ
Attorney NJS-ID # 232602020
1242 East 80th Street, 3rd Floor
Brooklyn, NY 11236
(347) 342-7432
*Attorney for Plaintiff,* Olivia Nantongo

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| OLIVIA NANTONGO on behalf of herself and all others similarly situated,<br><br>            Plaintiff,<br><br>-v-<br><br>FRED V. CHARLES, individually and as principal of CHARLES LAW, P.C.; CHARLES LAW, P.C.; and RALPH CHARLES, individually,<br><br>            Defendants. | Case Number. 26-cv-1769<br><br>Request For<br>Clerk's Certificate of Default |

TO: BRENNA B. MAHONEY, CLERK OF COURT
United States District Court
Eastern District of New York

Pursuant to Rule 55(a) of the Federal Rules of Civil Procedure and Local Civil Rule 55.1 of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, Plaintiff Olivia Nantongo, by and through her undersigned counsel, respectfully requests that the Clerk of Court enter the default of Defendants Fred V. Charles, Esq., Charles Law, P.C., and Ralph Charles (collectively, "Defendants"), for failure to plead or otherwise defend this action, as fully appears from the Court file herein and from the attached Declaration of Tyrone A. Blackburn, Esq., in Support of Request for Clerk's Certificate of Default.

Executed on: May 11, 2026
Brooklyn, New York

*/s/ Tyrone A. Blackburn*
Tyrone A. Blackburn, Esq.
T.A. Blackburn Law, PLLC
1242 East 80th Street, 3rd Floor
Brooklyn, New York 11236
Telephone: (347) 342-7432
Email: tblackburn@tablackburnlaw.com