# T.A. BLACKBURN LAW, PLLC

1242 East 80th Street, 3rd Floor

Brooklyn, New York 11236-4160

Tel: (347) 342-7432 | Email: tblackburn@tablackburnlaw.com

August 6, 2026

**VIA CM/ECF**

Hon. Orelia E. Merchant, U.S.D.J.

United States District Court

Eastern District of New York

225 Cadman Plaza East

Brooklyn, New York 11201

**Re:** ***Nantongo v. Charles*, No. 1:26-cv-01769 (OEM)(VMS)**
**Erratum / Notice of Correction — Refiling of First Amended Complaint**

Dear Judge Merchant:

This firm represents Plaintiff Olivia Nantongo in the above-referenced action. I write respectfully to advise the Court, and to correct the docket, regarding the First Amended Complaint.

Due to an inadvertent clerical error, an incorrect, non-final draft of the First Amended Complaint was uploaded to the docket on August 5, 2026. That version was filed in error and does not reflect the operative pleading Plaintiff intends to advance. The error was clerical only; it did not alter the claims, parties, or relief sought.

Concurrently with this letter, Plaintiff is filing the correct and final version of the First Amended Complaint, attached hereto. Plaintiff respectfully requests that the Court and the Clerk treat the version filed today, August 6, 2026, as the operative First Amended Complaint, and disregard the version uploaded on August 5, 2026. The corrected version supersedes the prior upload in its entirety.

The corrections are non-substantive and consist principally of conforming the pleading to the record, including the correct designation of the underlying action as *Nantongo v. Nationwide Mortgage Bankers, Inc.*, No. 1:22-cv-04974 (OEM)(VMS), and related clerical and formatting corrections. No new claims or parties have been added.

Plaintiff apologizes to the Court and to opposing parties for any inconvenience occasioned by this correction and is available to submit any further information or to refile in any form the Court may prefer. I thank the Court for its attention to this matter.

Respectfully submitted,

*/s/ Tyrone A. Blackburn, Esq.*

Tyrone A. Blackburn, Esq.

T.A. BLACKBURN LAW, PLLC

1242 East 80th Street, 3rd Floor

Brooklyn, New York 11236-4160

Tel: (347) 342-7432

Email: tblackburn@tablackburnlaw.com

Attorney for Plaintiff Olivia Nantongo

cc: All counsel of record (via CM/ECF)