Exhibit 1

Case 1:26-cv-01769-OEM-VMS     Document 20-2     Filed 08/06/26     Page 1 of 20 PageID #: 226



**Kathy S. Carlson CFDE, CQDE**
**Western Forensic Document Examiner**
*P. O. Box 782    Montrose, CO 81402*
*Office Phone: 970-275-6846*
*www.westernforensicdocumentexaminer.com*
*email: westernforensics.kc@gmail.com*



_____

March 17, 2026

Attorney Tyrone A. Blackburn, Esq.
T. A. Black Burn Law, PLLC.
1242 E. 80th Street, 3rd Floor
Brooklyn, NY 11236

## Summary of Work Conducted:

A forensic document examination was conducted where the questioned documents, Charge of Discrimination; EEOC Charge; Settlement Agreement; Notice of Acceptance, ***were unable to authenticate as genuine documents.***

## Statement of Duty:

It is my duty to remain impartial and objective to assist the trier of fact in accordance with my skill, knowledge, education, experience, and training as a certified forensic document examiner.

## Forensic Examination Requested:

Per your request I have performed a forensic document examination on four (4) documents that have come into dispute; Charge of Discrimination; EEOC Charge; Settlement Agreement; Notice of Acceptance; labeled herein as "Q1" – "Q4".

My assignment in this case was to analyze and evaluate the four questioned documents for authentication. This examination was not a typical case where I analyze, compare and evaluate between a questioned signature/signatures to a set of known exemplars. For this examination I am determining how four exact signatures may have come to be on four separate documents with completely different dates.

## Questioned Documents:

**Q1**     Charge of Discrimination; Dated 12/23/2021.

**Q2**     EEOC Charge; Dated 1/20/2022.

**Q3**     Settlement Agreement; Dated 11/21/2024.

**Q4**     Notice of Acceptance; Dated 12/6/2024.

## Examination:

Handwriting is a complex motor skill, developed at a very early age, consisting of sensory, neurological, and physiological impulses, that are established in the brain. Writing is a complex neuromuscular process that requires coordination between the brain, arm, hand, and fingers. The act of writing involves controlled movements of these joints. As one finger applies pressure to the writing instrument, another provides counter-resistance, enabling smooth transitions of contraction and release. These motions facilitate both the forward and backward movement of the pen. Leftward and downward strokes indicate muscle contraction, whereas upward and rightward strokes reflect muscular release. Through practice and repetition, writers will develop their own individual characteristics into their writings, which become a pattern of habitual formations and are repeated from one writing to the next, which is known as a person's "master pattern".

Given a sufficient quantity and quality of known specimens of handwriting or signatures it can be demonstrated that no two writers share the same unique combination of handwriting characteristics. This is the principle of individuality which forms the basis for handwriting analysis. A writer's identity cannot be established through a single individual feature but rather, is established through a combination of significant and unique identifying features, absent of any unexplainable differences.

Features to be considered are:

Alignment; arrangement, formatting, and positioning; capitalization; connectedness and disconnectedness; cross strokes and dots; direction of strokes; embellishments; formation; freedom of execution; proportion; line quality; size; skill; slant or slope, formation; speed; initial, connecting, and terminal strokes; tremor and range of variation. Also features such as lifts, stops and hesitations, patching and retouching, slow and unnatural tremor.

Equipment used in this examination was a light box, various measuring devices, desk top computer with a HP OfficeJet Pro copier, printer, scanner combination, and various art programs installed on my computer to assist with the demonstration of side-by-side comparisons of questioned and known data.

## Observations:

When analyzing these four documents I observed the dates of these documents have a span of approximately three years (2021 – 2024). I observed they were the exact same signature on all four documents. This is suspicious in itself, with such a large number of years between the purported signing.

Please see Exhibits 1 and 2 demonstrating the four signatures placed on top of each other.

Handwriting identification is based on the principle that no two people write exactly the same, and the principle that no one person writes exactly the same way twice, which is demonstrated through natural variation. Natural variation is a normal or usual deviation that is repeated in each individual's handwriting. These four signatures do not demonstrate natural variation and it would be impossible to sign exactly the same.

As a Certified Forensic Document Examiner, I also examine for electronic signatures, which have been a common practice in recent years.

Electronic signatures (e-signatures) are digital representations of a person's intent to agree to the contents of a document, are sometimes used in various business and legal transactions. The procedures and platforms for creating e-signatures involve certain steps and compliance with legal frameworks and need to follow certain protocol for an electronic signature to be authenticated.

First you must choose a reliable e-signature service based on the needs of your organization, such as compliance requirements, integration with other tools, and usability.

Next you need to upload the document to be signed to the chosen platform. Most e-signature tools support various file formats, including PDFs and Word documents.

The next step would be to send the document to the intended recipient via email or direct link that allows tracking of the document's status, such as whether it has been viewed or signed.

Following these steps you allow for the document/documents to be tracked and would have the ability to authenticate the documents if there is a dispute.

## **<u>Conclusions:</u>**

By analyzing, comparing, and evaluating all the data provided to me, I have made the following conclusions based on my professional education, training, and experience:

If these are typical documents requiring wet ink signatures, it is my conclusion they have been electronically manipulated on the documents or are usually referred to as cut & pasted.

If these are electronic signatures, I would need to see the **first-generation** electronic version of **each document separately** to read the deep metadata to determine authenticity.

**Basis of Opinion:**

Handwriting identification is based on the principle that no two people write exactly the same way, and the principle that no one person writes exactly the same way twice, which is demonstrated through natural variation. Natural variation is a normal or usual deviation that is repeated in each individual's handwriting. Writing habits or individual characteristics distinguish one person's handwriting from another. The process of handwriting identification is the careful and systematic use of evidence that is common to most, if not all disciplines of forensic science is directed towards the identification of something unknown. This process is commonly referred to as the Law of ACEV: Analysis, Compare, Evaluate, and Verify. With these principles and procedures, the evidence is evaluated, a side-by-side comparison is conducted between questioned and known standards and an opinion is rendered based upon scientific methods and principles.

**Declarations and Signature**

Attached as Appendix A is a current copy of my CV as evidence of my special knowledge, skill, experience, training, and education.

Executed in Montrose, Colorado on March 17th, 2026.

I declare under penalty of perjury under the laws of the state of Colorado and New York, that the foregoing is true and correct.

Kathy S. Carlson CFDE, CQDE
Certified Forensic Document Examiner

Page **4** of **7**

**OPINION LEVELS FOR EXPRESSING CONCLUSIONS**

Since the observations made by the examiner relate to the product of the human behavior there are a large number of variables that could contribute to limiting the examiner's ability to express an opinion confidently. These factors include the amount, degree of variability, complexity and contemporaneity of the questioned and/or specimen writings. To allow for these limitations a scale is used which has four levels on either side of an inconclusive result. These levels are:

- **Identification / Elimination**

May be expressed as 'The writer of the known documents wrote / did not write the questioned writing.' This opinion is used when the examiner denotes no doubt in their opinion; this is the highest degree of confidence expressed by a document examiner.

- **Strong Probability**

May be expressed as 'There is a strong probability the writer of the known documents wrote / did not write the questioned writing.' This opinion is used when the evidence is very persuasive, yet some critical feature or quality is missing; however, the examiner is virtually certain in their opinion.

- **Probable**

May be expressed as 'It is probable the writer of the known documents wrote / did not write the questioned writing.' This opinion is used when the evidence points strongly toward / against the known writer; however, the evidence falls short of the virtually certain degree of confidence.

- **Evidence to Suggest**

May be expressed as 'there is evidence to suggest the writer of the known documents wrote / did not write the questioned writing.' This opinion is used when there is an identifiable limitation on the comparison process. The evidence may have few features which are of significance for handwriting comparisons purposes, but those features are in agreement with another body of writing.

- **Inconclusive**

May be expressed as 'no conclusion could be reached as to whether the writer of the known documents wrote / did not write the questioned writing.' This is the zero point of the confidence scale. It is used when there are significantly limiting factors, such as disguise in the questioned and/or known writing, or a lack of comparable writing and the examiner does not have even a leaning one way or another.

Olivia Nantongo

Q1
12/23/2021

Charging Party Signature

Q2
1/20/2022

Q3
11/21/2024

OLIVIA NANTONGO

Q4
12/6/2024

**Exhibit 1**





**Kathy S. Carlson CFDE, CQDE**
**Western Forensic Document Examiner, LLC**
P.O. Box 782, Montrose, CO 81402
Cell: 970-275-6846
www.westernforensicdocumentexaminer.com
email: westernforensics.kc@gmail.com



## Curriculum Vitae

Kathy Carlson, a Certified, Court Qualified Forensic Document Examiner, has studied handwriting examination and apprenticed under some of the leading Court Qualified Experts since 2009, and has continued her education monthly throughout her career as a Certified FDE. Kathy Carlson is currently President of International Association of Document Examiners (IADE) since September 2021, Diplomate, CE chair, and Librarian. Kathy Carlson is also a teacher/mentor for **Fundamentals of Forensic Document Examination Course.**

### Forensic Examination Provided For:

Disputed documents or signatures including Contracts, Loans, Checks, Warranty Deeds, Quitclaim Deeds, Real Estate Contracts, Deeds of Trust, Wills, Codicils, Holographic Wills, Beneficiaries, Income Tax Fraud, Poison Pen Letters, Anonymous Writing, Divorce Disputes, and Graffiti.

Investigation and analysis including Questioned Signatures, Suspect Documents (Typed and Written), Suspect Alterations, Handwritten Numbers, Paper Verification, and Indented Writing. Analysis of Paper and Ink through UV, IR lighting and Filters.

### Proficiency Testing & Certifications:

Provided through International School of Forensic Document Examination included:
Ten proficiency tests - cases to work efficiently from start to finish without supervision. Completed 12/2010.
Collaborative Testing Services (CTS) – 1/2013
Scientific Association of Forensic Examiners (SAFE) Certification – 9/24/2013
International Association of Document Examiners (IADE) Certification – 1/31/2015
International Association of Document Examiners (IADE) Certification – 9/2016
Signature Identification Testing – Identify 20 Genuine, Simulated or Disguised signatures when compared to 20 known signatures.
International Association of Document Examiners (IADE) January 2017 – PT
International Association of Document Examiners (IADE) January 2018 – PT
Scientific Association of Forensic Examiners (SAFE) September 2018 - Re- Certification
International Association of Document Examiners (IADE) December 2019 – PT
International Association of Document Examiners (IADE) December 2021 – PT
International Association of Document Examiners (IADE) December 2022 – PT
Scientific Association of Forensic Examiners (SAFE) September 2023 - Re- Certification
International Association of Document Examiners (IADE) December 2023 – PT
International Association of Document Examiners (IADE) November 2024 – PT

**Appendix A**

Updated  11/20/2025

**Education:**

**International School of Forensic Document Examination**
March 2009 – December 2010
A 2-year apprenticeship with leading authorities in the field of handwriting analysis and document examination.

**Training in handwriting and document examination includes:**
Handwriting identification and discrimination, signature comparison, techniques for distinguishing forged signatures, disguised handwriting, altered numbers, anonymous writing, factors that affect writing, Paper and Ink Analysis with UV-IR Lighting and Filters.

**Continued Education:**

Katherine Koppenhaver, Board Certified Forensic Document Examiner, Teacher and Mentor
One-hour weekly classes on various subjects.
May 23, 2011 – present

**SAFE & IADE – Monthly CE Class**

May 16, 2019 – Nanette Barto
Dementia & How it Affects Handwriting
1.25 Hours

March 29, 2017 – Tay Eue Kam
Chinese Handwriting & Polish Handwriting
1.2 Hours

February 11, 2015 & March 25, 2015 – Jason Harden
Forensic Mortgage Loan Auditor
Mortgage Fraud – 2 Hours

January 15, 2015 – Mike Wakshull
Court Room Bias – 1 Hour

November 14, 2014 – Mike Wakshull
IR Lighting/UV/Blue LED Filter Wheel – 1.5 Hours

**Forensic Conferences and Workshops:**

International Association of Document Examiners (IADE) Annual Conference September 8th – 10th, 2025– Webinar – 14 Hours

Scientific Association of Forensic Examiner (SAFE) Annual Webinar
September 26 & October 24th, 2025 - Webinar Seminar – 10 hours

International Association of Document Dent Examiners (IADE) Annual Conference
September 9th – 11th, 2024– Webinar – 13 Hours
**Host & Coordinator**

Scientific Association of Forensic Examiner (SAFE) Annual Webinar
September 20 & October 25th,  2024 - Webinar Seminar – 8 hours

International Association of Document Examiners (IADE) Annual Conference
September 18th – 20th, 2023– Cocoa Beach FL – 21 Hours
**Co-Host & Coordinator**

Scientific Association of Forensic Examiner (SAFE) Annual Webinar
August 25 & September 22nd,  2023 - Webinar Seminar – 10 hours

Scientific Association of Forensic Examiner (SAFE) Annual Conference
August 26 & September 30th, 2022 - Webinar Seminar – 10 hours

International Association of Document Examiners (IADE) Interactive Webinar
October 10th – 12th, 2022 Webinar Seminar – 12 Hours

Scientific Association of Forensic Examiner (SAFE) Annual Webinar
August 27 & October 1st, 2021 - Webinar Seminar – 10 hours

International Association of Document Examiners (IADE) Interactive Webinar
September 13th – 15th, 2021 - Webinar Seminar – 12 Hours

Scientific Association of Forensic Examiner (SAFE) Annual Webinar
September 11th & October 2nd, 2020 - Webinar Seminar – 10 hours

International Association of Document Examiners (IADE) - Interactive Webinar
September 21st – 23rd, 2020 - Webinar Seminar – 12 Hours
**Co-Host & Coordinator**

International Association of Document Examiners (IADE) - Seminar & Workshop
Montego Bay, Jamaica – September 12 – 14, 2019 – 21 hours

Scientific Association of Forensic Examiner (SAFE) Annual Conference
September 6th & October 4th, 2019 – Webinar Seminar – 12 hours

International Association of Document Examiners (IADE) – Interactive Webinar
August 24th & 25th, 2018 – Webinar Seminar – 12 Hours
**Co-Ordinator & Host**

International Association of Document Examiners (IADE) – Seminar & Workshop
Denver, Colorado – September 6th – 9th, 2017 – 22 hours
**Co-Ordinator & Host**

Scientific Association of Forensic Examiner (SAFE) Annual Conference
August 4th & August 25th, 2017– Webinar Seminar – 12 hours

National Association of Document Examiners (NADE) – Annual Conference
New Orleans, LA – May 15 – 18, 2017 – 25 Hours

International Association of Document Examiners (IADE) – Seminar & Workshop
Annapolis, MD – September 15 – 17, 2016 – 20 hours

Page 3 of 5

Scientific Association of Forensic Examiner (SAFE) Annual Conference
July 29, 2016 & August 26, 2016 – Webinar Seminar – 12 hours

National Association of Document Examiners (NADE) Annual Conference
Portland, OR – April 13 – 16, 2016 – 26 hours

Scientific Analysis (ACE-V) From the Laboratory to the Witness Stand Sandy City
Police Department – Utah October 19 – 23, 2015 – 40 hours

International Association of Document Examiners (IADE) Seminar & Workshop
Jamaica – September 10 – 12, 2015 – 21 hours

Scientific Association of Forensic Examiner (SAFE) – Interactive Seminar & Workshop
Boca Raton, FL – August 14 – 16, 2014 – 19 hours

Scientific Association of Forensic Examiner (SAFE) – Interactive Seminar & Workshop
Edgewood, MD – September 26 – 28, 2013 – 24 hours

Private Investigators Academy of the Rockies – Study of Private Investigations
Denver, CO – April 30 – May 16, 2013– 18 hours

Forensic Document Examination Interactive Training
Edgewood, MD – September 28 – 29, 2012 – 24 hours

Open-Source Intelligence Training
Los Angeles, CA – May 11 – 12, 2012 – 16 hours

National Association of Document Examiners (NADE) – Annual Conference
San Diego, CA –    April 25 – 29, 2012 – 34 hours

Association of Forensic Document Examiners (AFDE)
Louisville, KY - November 3 – 6, 2012 – 20.5 hours

National Association of Document Examiners (NADE) – Annual Conference
Montreal, Canada – May 19 – 21, 2011 – 22 hours

**<u>Presenter:</u>**

International Conference (IADE) – Cocoa Beach FL
September 19th, 2023
***Guided Hand Workshop***

International Conference (IADE) – Jamaica
September 13, 2019
***Is Document Examination a Science?***

Interactive Seminar & Workshop (IADE) – Denver Colorado – September 6th – 9th, 2017
***Working in Photoshop Elements & Word***
***Is it the Scanner or Cut & Paste?***

International Conference (IADE) – Jamaica
September 10, 2015
*Ink Analysis – Analysis under Filters and IR Lighting*

Montrose Area Realtors
*First Indicators of Forgery 2014*

## Publications:

Is Document Examination a Science?
Published in "The Scientific Journal of the International Association of Document Examiners" Volume 2 – Fall 2015

Analyzing Digital documents
Published in "Under the Microscope Newsletter of IADE" Volume 7 – Spring 2022

## Laboratory Equipment used for examinations include:

AmScope stereoscope with a digital camera attached .5 – 30X magnification, MiScope IR/UV Microscope 40 – 140X magnification, MiScope Filter Wheel (Blue and UV lighting), ProScope Micro Mobile wireless microscope 10 – 180X magnification, numerous other magnifying devices, light box, various measuring devices, HP Computer with a HP OfficeJet Pro copier, printer, scanner combination, Kyocera Combination Copier, various art programs installed on desk top computer, Asus Laptop Computer, and Fuji 12.2 Mega Pixels 18X Optical Zoom camera, NeuroScript MovAlyzeR version 6. Electrostatic Vacuum Box.

## Fundamentals of Forensic Document Examination Course:

Ms. Carlson's document examination 2-year training course consists of the study of 4 books in the DE field, weekly classes via zoom, weekly assignments, testing, and mock trials. Each student works with Ms. Carlson for 2 years. When each student has completed the first year of the course, the student is required to complete a research project that is published in IADE's yearly Journal and participates in Proficiency Test's at the end of each year of training. The student also works with Ms. Carlson on live cases as part of their training program. For the second year each student works with Ms. Carson on live cases. A Certificate of Completion is given to each student upon completion.

## Professional Memberships:

Member: International Association of Forensic Examiners (IADE) President – Diplomate
9/2021 to present.
Vice President - 2017 - 2021
Continued Education Chair 2015 - Present
Librarian 2021 - Present
Member: Scientific Association of Forensic Examiners (SAFE) Librarian
  (2013 – 7/2020)
Member: International Graphonomics Society (IGS) Research
Member: International Association of Identification (Rocky Mountain Div.) (RMDIAI) Member:
American Association for the Advancement of Science (AAAS)



### Kathy S. Carlson CFDE, CQDE
**Western Forensic Document Examiner**
*P. O. Box 782   Montrose, CO 81402*
*Office Phone: 970-275-6846*
*www.westernforensicdocumentexaminer.com*
*email: westernforensics.kc@gmail.com*



# Last 5 Years of Testimony Provided in the Following Cases

In the Matter of the Estate of Leroy Herron
Davis County District Court
Farmington, Utah
Honorable John R. Morris
Case # 173700365
*Expert Testimony – 1/16/2020*

AVTECH CAPITAL v. C&G ENGINES,
GABRIEL ANGULO, CG MIAMI NDT,
JOSE PEREZ, and JESUS ROJAS
Utah District Court
Honorable Judge Jill N. Parish
Case # 2:19-cv-00541-JNP-DAO
*Expert Testimony (Zoom) – 6/10/2020*

State vs. Sarabia-Martinez, Jose
Colorado District Court
Judge Edward D. Bronfin
Case #14CR10280
*Expert Testimony (WebEx) – 8/10/2022*

Dryden v. State of Nevada
Federal Court
Magistrate Judge Elayna J. Youchah
Case #USDC 2:16-cv01227-JAD-EJY
*Expert Testimony – 10/11/2022*

In the Matter of the Estate of Timothy Hood
Ada County Magistrate Court
Honorable Judge Christopher Bieter
Case #CV012111802
*Expert testimony – 10/25/2022*

In the Matter of the Estate Rebecca Jo Barkman
Gunnison District Court
Judge J. Steven Patrick
Case #2021PR30014
*Expert Testimony – 2/14/2023*

In the Matter of Jacqueline M. Sweeney
Adams County Magistrate Court
Magistrate Sarah Price
Case #2021PR30682
*Expert Testimony – 2/27/2023*

In the Matter of the Estate of Edward Filesteel, Sr.
Indian Probate Court
Yellowstone County, MT
Judge Daniel W. Vis
Case #T000141014
*Expert Testimony – 5/16/2023*

Hussam Abukhalaf v.
Farmers Insurance Exchange
MOIZ n. Ali, Agency
Clackamas County, OR
State of Oregon Circuit Court
Judge Erin K. Landis
Case #CV14080546
*Expert Testimony – 6/7/2023*

Sidhu v. Sidhu
Eighth Judicial District Court NV
Family Division
Honorable Mari Parlade
Case #D-22-655749-Z
*Expert Testimony – 12/1/2023*

Ebrahimi v. Ghodrati
SLC, Utah Third District Court
Judge Todd M. Shaughnessy
Case #220901762
*Expert Witness – 3/18/2024*

People of the State of Colorado v.
Koleen Kae Jorgensen
District Court Clear Creek, Colorado
Shreck Hearing
Judge Sandra H. Gardner
Case #23CR07
*Expert Testimony – 5/20/2024*

Marianne Soden vs. Artan Serjanej
NYC NY Family Court
Case #47157 DOC S-04201-23/230
Magistrate Keith I. Cassidy
*Expert Testimony via Webex – 7/26/2024*

# Last 5 Years of Testimony Provided in the Following Cases (continued)

People v. Koleen Kae Jorgensen
Clear Creek District Court
Case #DO102023CR000007
Judge Inga Causey
*Expert Testimony – 8/7/2024*

Estate Of/In the Matter of
Maura Romaine
Case # 23-0040
Fairfield CT Probate Court
Honorable Kathleen N. Maxham
*Expert Testimony – 10/2/2024*

Estate of Dave Geesey
Court of common Pleas of
New York County Judicial Center
Case # 6724-0406
Judge Clyde W. Vedder
*Expert Testimony – 11/18/2024*

Grant & Weber vs Dwine Knott
Superior Court of California
County of Ventura
Case # 2024CLBC026290
Honorable Maureen M. Houska
*Expert Testimony - 2/3/2025*

Gandrey v. Kent Robarge
District court of Boulder, CO
Case #2023CV030671
Judge Chris J. Larson Expert
Testimony - 2/26/25

Peyvandi, Amirpasha v Farhadi, Nafiseh
Douglas County District Court
Case #2022DR03036500
Judge Daniel Wilson Warhola
*Expert Testimony - 3/26/2025*

John Priest v. Pumpkin Hollow LLC
Delta County District Court
Case # 2024CV30020
Judge Mary Deganhart
*Expert Testimony - 5/14/2025*

IPMF, LLC v. James Carroll
18th Judicial Circuit Court
Dupage County, IL
Case #2021MR000211
Honorable Judge Craig R. Belford
*Expert Testimony - 8/19/2025*

In the Matter of Joe Ernesto Rivera
3rd Judicial District Court
Dona Ana County, NM
Case #D-307-PB-2018-0036
Judge James T. Martin
*Expert Testimony - 10/8/2025*

Howard/James Marshall v.
Marshall and Munder
Chicago, IL
Ryanne Bush Dent & Mark S. Bishop/Ryan S.
Prickel Arbitration #01-24-0007-0218
*Deposition via zoom 10/14/2025*

Matter of the Estate of Malissa Marie Knight District
Court,
Jefferson County, Golden CO
Case # 2025PR9
Judge Todd Vriesman
*Expert Testimony - 11/10/2025 Remote*

Estate of Michael Lawrence
Douglas County District Court
Case # 2023PR30400
Judge Daniel Wilson Warhola
*Expert Testimony – 12/2/2025*

Andrew Marshall & James Marshall vs
Howard Alexander Marshall & Beth Munder DuPage
County, Illinois
Case #01-24-0007-0218
Arbitrator Jerald Esrick
*Expert Testimony – 12/12/2025 via Zoom*

In the Matter of
Jianqiang Liu and Yanling Lun
Department of Homeland Security
Immigration Department
Attorney Connie D. Dai
Immigration Judge Michelle Kahan
*Expert Testimony – 1/20/2026*

Parsons Behle & Latimer
Alex B. Leeman
Attorney Spencer Park
Case # 240903641
*Deposition via Zoom – 1/23/2026*

In the Matter of Peter Leroy Brachtencach
District Court, Kit Carson County
Burlington, CO
Case #2025PR030004
Judge Kimbra Killin
*Expert Testimony 1/26/2026*



# *Fee Schedule Breakdown*

*Kathy S. Carlson CFDE, CQDE*
*Western Forensic Document Examiner*

Initial Consultation - 1/2 hour . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **No Charge**

General Retainer Fee . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $ 2400.00

Examination *(per questioned document or signature)*. . . . . . . . . . . . . . $ 750.00

Upgrade from Verbal to Written *(already paid $750.00)*. . *(per letter)* $ 750.00

Each Additional Document . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $ 100.00

Laboratory Examination Time *(hourly)* . . . . . . . . . . . . . . . . . . . . . . $ 300.00

Designation Fee . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $ 750.00

*(Non-refundable, however will be applied to testimony fee if applicable)*

Attorney Consultation *(hourly rate)* . . . . . . . . . . . . . . . . . . . . . . . . . $ 300.00

Deposition – **Hourly 5 Hour minimum** . . . . . . . . . . . . . . . . . . . . . $ 500.00

*Must be paid 2 weeks in advance* **(Non-Refundable)**

Court Display Preparation *(hourly)* . . . . . . . . . . . . . . . . . . . . . . . . . $ 300.00

Court Appearance – **Hourly 6 Hour minimum** . . . . . . . . . . . . . . . . . $ 500.00

*(must be paid in full upon scheduling at least 2 week in advance*
*Non-Refundable)*

On-Site Inspection of Document *(hourly, plus expenses)*. . . . . . . . . . . $ 300.00

Photography *(plus cost of development)*. . . . . . . . . . . . . . . . . . . . . . . $ 300.00

Overnight Mail *)*. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $ 150.00

Postage/Delivery 2nd Day. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $ 75.00

Postage/Delivery Fee Ground. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $ 50.00

Postage/Delivery Fee. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $ 5.00

**Travel:**

Driving *(hourly, plus $.75 per mile)*. . . . . . . . . . . . . . . . . . . . . . . . . . $ 300.00

Uber . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . TBD

Parking *(per day)* . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . TBD

Flying *(hourly travel time - portal to portal or ½ Day Rate* . . . . . . . . $ 1200.00

Cost of plane ticket *(tbd)* **(Non-Refundable)**

Lodging *(per night or actual cost)* . . . . . . . . . . . . . . . . . . . . . . . . . . $ 250.00

Meals *(daily)* . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $ 75.00

**Daily Rate *(additional days away from office)*. . . . . . . . . <u>$2400.00</u>**

**Any Rush Fee will be charged an extra 100% for weekends and holidays.**
**Any Rush Fee will be charged an extra 100% for regular work week needed**
**within 8 hrs.**
**Rush Fees are any case needed within 24-48 hours charged an extra 50%.**
**We accept cc's for YOUR convenience and will be charged an additional 3.5% for cc fees.**
**\*We are not attorneys. We do not dispense legal advice. You should obtain legal advice**
**from a suitable attorney.**

# VERIFICATION

I swear under penalty of perjury that the above is true and correct, except as to matters therein stated to be alleged on information and belief, and that as to those matters, I believe them to be true.

Olivia Nantongo

Sworn to before me this

23rd day of December 2021

Notary Public

Fred V. Charles, Esq
Charles Law, P.C.
(646) 494-2662
fcharles@charleslawpc.com

QUESTIONED DOCUMENTS - Olivia Nantongo - Q1

0103

EEOC Form 5 (11/09)

| CHARGE OF DISCRIMINATION | Charge Presented To: | Agency(ies) Charge No(s): |
|---|---|---|
| This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | ☐ FEPA<br>☒ EEOC | |

_____  and EEOC

*State or local Agency, if any*

| Name *(indicate Mr., Ms.. Mrs.)* | Home Phone *(Incl. Area Code)* | Date of Birth |
|---|---|---|
| **Ms. Olivia Nantongo** | **(404) 918-7709** | |

| Street Address | City, State and ZIP Code |
|---|---|
| **1064 E 38th St. Brooklyn, NY 11210** | |

**c/o Fred V. Charles, Esq, counsel for Olivia Nantongo, fcharles@charleslawpc.com  (646) 494-2662**

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others.  *(If more than two, list under PARTICULARS below.)*

| Name | No. Employees. Members | Phone No. *(Include Area Code)* |
|---|---|---|
| **Nationwide Mortgage Bankers** | **300+** | **(516) 208-4176** |

| | City, State and ZIP Code |
|---|---|
| **68 S Service Rd Suite #400, Melville, NY 11747** | |

| Name | No. Employees. Members | Phone No. *(Include Area Code)* |
|---|---|---|
| | | |

| Street Address | City, State and ZIP Code |
|---|---|
| | |

| DISCRIMINATION BASED ON *(Check appropriate box(es)).* | DATE(S) DISCRIMINATION TOOK PLACE |
|---|---|
| ☐ RACE ☐ COLOR ☒ SEX ☐ RELIGION ☐ NATIONAL ORIGIN<br>☒ RETALIATION ☐ AGE ☐ DISABILITY ☐ GENETIC INFORMATION<br>☐ OTHER *(Specify)* | Earliest          Latest<br>**May 2021**<br><br>☐ CONTINUING ACTION |

THE PARTICULARS ARE *(If additional paper is needed, attach extra sheet(s)):*

**See attached affidavit.**

| I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY – *When necessary for State and Local Agency Requirements* |
|---|---|
| I declare under penalty of perjury that the above is true and correct. | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.<br>SIGNATURE OF COMPLAINANT |
| 01/21/22<br><br>_____     _____<br>Date          Charging Party Signature | SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE<br>*(month, day, year)*<br><br>01/21/22 | **FRED V. CHARLES**<br>Notary Public   State of New York<br>No. 02CH6423718<br>Qualified in Queens County<br>My Commision Expires 10/28/2025 |

QUESTIONED DOCUMENTS - Olivia Nantongo - Q2

26. **Knowing and Voluntary.** OLIVIA NANTONGO AND SHARON GRAHAM VERIFY THAT THEY HAVE READ AND UNDERSTAND THE PROVISIONS OF THIS AGREEMENT AND THE RELEASE CONTAINED HEREIN, AND THAT THEY KNOWINGLY AND VOLUNTARILY ENTERS INTO THIS AGREEMENT. THEY HAVE BEEN PROVIDED WITH SUFFICIENT TIME TO REVIEW THIS AGREEMENT. THEY HAVE HAD THE OPPORTUNITY AND BEEN ADVISED TO REVIEW THIS AGREEMENT WITH THEIR ATTORNEY, THE RELEASE CONTAINED HEREIN IS THEIR FREE AND VOLUNTARY ACT, AND THEY HAVE NOT BEEN COERCED OR THREATENED INTO SIGNING THIS AGREEMENT OR THE RELEASE CONTAINED HEREIN.

IN WITNESS WHEREOF, the Parties hereto intending to be legally bound, knowingly and voluntarily executed this Agreement as of the dates set forth below:

**OLIVIA NANTONGO**

Date:   November 21, 2024

**NATIONWIDE MORTGAGE BANKERS, INC.**

By:_____

Name: _____

Title: _____

Date: _____

**SHARON GRAHAM**

Date: _____11/21/2024_____

QUESTIONED DOCUMENTS - Olivia Nantongo - Q3

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
OLIVIA NANTONGO on behalf of herself and all                    22-cv-04974 (MKB)(VMS)
others similarly situated,

                              Plaintiff,

        -against-

NATIONWIDE MORTGAGE BANKERS, INC.

                              Defendant.
-----------------------------------------------------------------X

## PLAINTIFF OLIVIA NANTONGO'S ACCEPTANCE OF DEFENDANT'S RULE 68 OFFER OF JUDGMENT

I, Olivia Nantongo, hereby accept Defendant, Nationwide Mortgage Bankers, Inc.'s Rule

68 Offer of Judgment attached hereto.

Dated: December ___6___, 2024

_____
OLIVIA NANTONGO